Rev. 10/13

# United States District Court
## District of Rhode Island

**Cumberland Police Depart**
_____
Plaintiff

v.

**Carline Vilbon**
_____
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: _____

I, **Carline Vilbon**_____, declare that I am the (check appropriate box)

[ ] Petitioner/Plaintiff/Movant    [✔] other **Defendant**_____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [ ] Yes   [✔] No   (If "No," go to part 2)

   If "Yes," state the place of your incarceration:

   Are you employed at the institution?   [ ] Yes   [ ] No

   Do you receive any payment from the institution?   [ ] Yes   [ ] No

   If the answer is "Yes," attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) six months' transactions.

2. Are you currently employed?   [ ] Yes   [✔] No

   a) If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer:

   b) If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, explain how you have been supporting yourself:
   **Brookdale Senior Living 10 Old Diamondhill Road, Cumberland, Rhode Isalnd Last date of employment December 10, 2017. I earned $1,056 weekly. I am currently receiing Social Security Disability benefits.**

3. Have you received in the past (12) twelve months, or do you anticipate receiving in the future, any money from any of the following sources?

   a) Business, profession or other self-employment ☐ Yes ☑ No
   b) Rent payments, interest or dividends ☑ Yes ☐ No
   c) Pensions, annuities or life insurance payments ☐ Yes ☑ No
   d) Disability or workers compensation payments ☑ Yes ☐ No
   e) Gifts or inheritances ☐ Yes ☑ No
   f) Any other persons or sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive:
   I am currently receiving $1,490 monthly from Social Security. I will be receiving $1,750 a month for rent starting October 1st, 2021.

4. List anyone who helps support you or shares support in any way and describe the type and amount of such support for the last twelve months. If no one, write "NO ONE." NO ONE

5. Do you have **any** cash or checking or savings accounts? ☑ Yes ☐ No

   If "Yes," state the total amount: $558

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

   If "Yes," describe the property and state its value:

7. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☑ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense:
   I pay $ 1,538.25 monthly for mortgage, $368 for car payment, $227 for car insurance, $450 month for utilities, $300 for food, and $120 monthly for gas in my car. My total monthly expense is $3,003.25.

8. Do you have any debts or financial obligations? ☑ Yes ☐ No

    If "Yes," describe the amounts owed and to whom they are payable:
    Carrington Mortgage $167,000
    Ally Auto $16,000

9. Have you transferred any assets within the last 12 months prior to filing this application?
    ☐ Yes ☑ No

    If "Yes," describe the asset and state its value:

10. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you actually contribute to their support. Please list minor children by initials only.

I declare under penalty of perjury that the above information is true and correct.

September 14, 2021                         _Earline Vellon_ (signature)
Date                                       Signature of Applicant

**NOTICE TO PRISONER:** A prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

---

FOR COURT PURPOSES ONLY:

☐ APPROVED    ☐ DENIED

_____    _____
U.S. MAGISTRATE JUDGE                    DATE